DFC:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6076-CR-DIMITROULEAS

8 USC 1326(b)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
)
vs. )
)
)
KEVIN MILLER, )
a/k/a Vivian Blake, )
)
        Defendant. )
_____/



## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about March 5, 2000, at Broward County, in the Southern District of Florida, the defendant,

**KEVIN MILLER,
a/k/a Vivian Blake,**

an alien, having been previously deported to Jamaica on or about January 27, 1996, knowingly attempted to enter the United States, without the Attorney General having expressly consented to



such alien reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.

KEVIN MILLER                      **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | New Defendant(s) | Yes ___ | No ___ |
|---|---|---|---|---|
| ___ Miami | ___ Key West | Number of New Defendants | ___ | |
| X  FTL | ___ WPB ___ FTP | Total number of counts | ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   | I   | 0 to 5 days    | _X_ | Petty   | ___ |
   | II  | 6 to 10 days   | ___ | Minor   | ___ |
   | III | 11 to 20 days  | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days  | ___ | Felony  | _X_ |
   | V   | 61 days and over | ___ |        |     |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?   (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No

                                   _Donald F. Chase II_
                                   DONALD F. CHASE, II
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court Bar No. A5500077

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name:** KEVIN MILLER        **Case No.** _____

Count #: 1
Illegal Re-entry into the United States

8 U.S.C. §1326(b)
**\*Max. Penalty:** 20 years' imprisonment; $250,000 fine.
===============================================================

Count #: _____


**\*Max. Penalty:** _____
===============================================================

Count #: _____


**\*Max. Penalty:** _____
===============================================================

Count #: _____


**\*Max. Penalty:** _____
===============================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable