AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

KEVIN MILLER

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6076-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

FILED by MAR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest __KEVIN MILLER__
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Illegal reentry by alien;

in violation of Title __8__ United States Code, Section __1326(a),(b),(2)__

CLARENCE MADDOX
Name of Issuing Officer

Jenny Butler
Signature of Issuing Officer

Bail fixed at _Pretrial Detention Requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

March 28, 2000, Fort Lauderdale, Florida
Date and Location

Lurana S. Snow
by LURANA S. SNOW, CHIEF U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:  KEVIN MILLER

ALIAS:  VIVIAN BLAKE

LAST KNOWN RESIDENCE:  Khrome Detention Center

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:  Jamaica

DATE OF BIRTH:  January 28, 1974

SOCIAL SECURITY NUMBER:

HEIGHT:                                WEIGHT:

SEX:                                   RACE:

HAIR:                                  EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:  INS-FORT LAUDERDALE

                                   S/A MITCH BROWN