UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #55256-004

UNITED STATES OF AMERICA )
       Plaintiff ) Case Number: CR 00-6076-CR-WPD
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION

KEVIN MILLER )
       Defendant

*FILED by ___ D.C. APR 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

TO: Clerk's Office   MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **4-3-00** am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **ILLEGAL REENTRY BY ALIEN**

(4) U.S. Citizen [ ] Yes [ ] No [ ] Unknown

(5) Date of Birth: **1-28-74**

(6) Type of Charging Document: (check one)
[X] Indictment [ ] Complaint To be filed/Already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: **SD/FL**

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: **INS** (11) Phone: _____

(12) Comments: _____