COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: KEVIN MILLER (J)    CASE NO: 00-6076-CR-DIMITROULEAS

AUSA: DON CHASE /pts/    ATTY: Berube

AGENT: ___    VIOL: ___

PROCEEDING  I/A ON INDICTMENT    RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no    COUNSEL APPOINTED ✓

___ BOND SET @ ___

___ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*advised of charges — Inquiry for Counsel*

Reading of Indictment Waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

(PTD)/BOND HRG: 4-6  10:30  LSS ✓

PRELIM/ARRAIGN:

REMOVAL HRG: ✓

STATUS CONF: 4-18  11  LSS ✓

Date: 4/3/00    Time 11:00    FTL/LSS TAPE #00- 019    Begin: 34    End: 133

re-call 193