```
                                    UNITED STATES DISTRICT COURT

                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6076-CR-DIMITROULEAS
UNITED STATES OF AMERICA

    vs

                                    ARRAIGNMENT INFORMATION SHEET
KEVIN MILLER
```

[FILED stamp: CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD., APR -3 2000]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 3, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: __CUSTODY_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:____FEDERAL PUBLIC DEFENDER_____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____

Bond hearing held:  yes_____   no__X__   PTD hearing set for__4/6/00_____

Dated this__3RD____day of __APRIL_____,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By_/s/ Jenny Butler_____
                                      Deputy Clerk

                                    Tape No._____00-019_____

cc: Copy for Judge
    U. S. Attorney

