AO 442 (Rev. 12/85) Warrant for Arrest        AUSA DONALD F. CHASE, II        463267

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

KEVIN MILLER

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6076-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest ____KEVIN MILLER____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Illegal reentry by alien;

in violation of Title **8** United States Code, Section **1326(a),(b),(2)**

CLARENCE MADDOX                             COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                      Title of Issuing Officer

*Jenny Butler*                               March 28, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                 Date and Location

Bail fixed at *Pretrial Detention Requested*  by **LURANA S. SNOW, CHIEF U.S. Magistrate Judge**
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 3/28/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4/3/2000 | FOR: INS | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: KEVIN MILLER

ALIAS: VIVIAN BLAKE

LAST KNOWN RESIDENCE: Khrome Detention Center

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: Jamaica

DATE OF BIRTH: January 28, 1974

SOCIAL SECURITY NUMBER: 

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: INS-FORT LAUDERDALE
                                   S/A MITCH BROWN