# COURT MINUTES

**CHIEF U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA**

DEFT: KEVIN MILLER (J)    CASE NO: 00-6076-CR-DIMITROULEAS

AUSA: DON CHASE    ATTY: FPD _[signature]_

AGENT: ___    VIOL: ___

PROCEEDING PTD HEARING    RECOMMENDED BOND PTD

BOND HEARING HELD - ~~yes~~/no    COUNSEL APPOINTED ___

BOND SET @ 200,000 CSB w/Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by: ___

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: ___

_Gov't reserves the right to request PTD should deft seek to post or reduce the bond._

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: ___

PTD/BOND HRG: ___

PRELIM/ARRAIGN: ___

REMOVAL HRG: ___

STATUS CONF: ___

Date: 4/6/00    Time: 10:30    FTL/LSS TAPE #00-020    Begin: 1646    End: 1698

_FILED APR - 6 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA, FT. LAUD._

