DEFT: Kevin Miller (no deft)    CASE NO: 00-6076-CR-Dimitrouleas
AUSA: Don Chase /Robin Rosenbaum    ATTNY: FPD / Marty Bidwell for Smargon
AGENT:    VIOL:
PROCEEDING: Status Conference    BOND REC:
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

FILED by ___ D.C.
APR 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
No motions
2 days for trial
poss. plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 4-18-00   TIME: 11:00am   TAPE # 00-020   PG # 1
ends 11:45am   2334 2363