UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.   CASE NO. 00-6076-CR-DIMITROULEAS

KEVIN MILLER

---

TYPE OF CASE:   CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**MAY 3, 2000 AT 9:00 A.M.**

---

TYPE OF HEARING:   CHANGE OF PLEA

---

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: April 18, 2000

cc: Donald Chase, AUSA
    Samuel Smargon, AFPD

