# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6076-CR-WPD    DATE: May 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Kevin Miller

U.S. ATTORNEY: Michael Dittoe    DEFT. COUNSEL: Daryl Wilcox for Sam Smargon

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Sam Smargon not present. Deft asks for continuance. Court resets Change of plea for tomorrow at 1:00 pm

JUDGMENT: _____

CASE CONTINUED TO: 5/4/00    TIME: 1:00    FOR: Change of plea

MISC: _____

