# CRIMINAL MINUTES



FILED by _____ D.C.
MAY 04 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6076-CR-WPD      DATE: May 4, 2000

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Kevin Miller

U.S. ATTORNEY: Donald Chase      DEFT. COUNSEL: Sam Smargie, AFPD

REASON FOR HEARING: change of plea

RESULT OF HEARING: plea does not go through today; Deft seeks more time. Court resets case.

The time from today until May 19th is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 5/19/00   TIME: 9:00   FOR: Cal. call
MISC: 5/22/00            trial period