UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6076-CR-DIMITROULEAS
    PLAINTIFF,
VS
KEVIN MILLER,
    DEFENDANT.   /

## "MOTION TO DISMISS COURT APPOINTED ATTORNEY"

Defendant, Kevin Miller, pro-se', hereby file this motion to Dismiss court appointed attorney pursuant to the Federal Rules of Criminal Procedures. The defendant will assert the following:

1. This Honorable Court appointed attorney Samuel J. Smargon to represent the defendant in the above-styled cause.

2. The defendant allege that a Conflict of interest has developed between client and attorney.

3. The defendant allege that, the above name attorney has disrespected the defendant many times and refuses to allow him to voice his opinion concerning the above case.

4. The Conflict between the two has became so hostile that, whenever the defendant ask questions or disagree, the attorney began to use "foul Language" toward the defendant.

5. In **Cuyler vs Sullivan,** 446 U.S. 335, 100 S.Ct 1708, the United States Supreme Court stated that, in order to find a Sixth Admendment violation based on a Conflict of interest, the reviewing Court must find (1)



that counsel actively represented conflicting interest; and (2) that an actual conflict of interest adversely affected the attorney's performance *id* at 348, 100 S.Ct 1718. Under Cuyler, the Court must presume prejudice if the conflict of interest adversely affected the attorney's performance. id.

6. Although Cuyler involved a conflict of interest between clients, the presumptions of prejudice extends to a "conflict between a client and his lawyer's personal interest".

7. In **Rosenwald vs United States,** 898 F.2d 585(7th Cir. 1990), whereas the attorney represented conflicting interests, prejudice is presumed for showing of ineffective assistance of counsel.

**WHEREFORE,** in the interest of justice, in order to protect the defendant's Constitutional rights of the United States. Defendant respectfully urges this Honorable Court to declare a conflict of interest with the Federal public defender's office and appoint the defendant a private attorney at no expense to the defendant and to dismiss the above named attorney of record and grant any other further relief that this Honorable Court feels just and proper.

Respectfully submitted,

_____
Kevin Miller/defendant

**"CERTIFICATE OF SERVICE"**

I **HEREBY CERTIFY** that a true and correct copy of the motion to dismiss was mailed to Samuel J. Smargon, 101 Northeast third Avenue, Suite 202, Ft. Lauderdale, Fl 33301, also a copy was mailed to the office of the United States Attorney's office this ____ day of May, 2000.

_____
Kevin Miller/defendant