| | | | |
|---|---|---|---|
| DEFT: | Kevin Miller (J)# | CASE NO: | 00-6076-CR-Dimitrouleas |
| AUSA: | Don Chase  *present* | ATTNY: | FPD: Sam Smargon *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Motion to withdraw | BOND REC: | |

BOND HEARING HELD - yes/no        COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

Motion to withdraw -
granted -
CJA - Atty to
be appointed

Ct. will sign
order faxed
by Smargon

NEXT COURT APPEARANCE:   DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 5-10-00    TIME: 11:00am    TAPE # 00-035  PG # 
100 -269