UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6076-CR-DIMITROULEAS

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA,    :

    Plaintiff,                                  :

vs.                                                         :

KEVIN MILLER,                              :

    Defendant.                              :
_____/

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE having come before the Court on Defendant's Motion to Withdraw and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to withdraw is hereby GRANTED. The Federal Public Defender is relieved of any further responsibility in this cause and CJA Attorney Michael Cohen is hereby appointed to represent Kevin Miller.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this ____ day of May, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:   Samuel J. Smargon, AFPD
      Donald F. Chase, AUSA
      Michael B. Cohen, Esquire