DFC:km

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6076-CR-DIMITROULEAS(s)
8 USC 1326(b)
18 USC 1001
18 USC 911

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| KEVIN MILLER, | ) |
| a/k/a "Vivian Blake," | ) |
| Defendant. | ) |
| | ) |

### SUPERSEDING INDICTMENT



The Grand Jury charges that:

### COUNT I

On or about March 5, 2000, at Broward County, in the Southern District of Florida, the

defendant,

### KEVIN MILLER
### a/k/a/ "Vivian Blake,"

an alien, having been previously deported to Jamaica on or about January 27, 1996, knowingly

attempted to enter the United States, without the Attorney General having expressly consented to

such alien reapplying for admission to the United States; in violation of Title 8, United States

Code, Sections 1326(a) and (b)(2).



## COUNT II

On or about March 5, 2000, at Broward County, in the Southern District of Florida, the defendant,

**KEVIN MILLER**
**a/k/a/ "Vivian Blake,"**

in a matter within the jurisdiction of the United States Immigration and Naturalization Service, an agency of the United States, did knowingly and willfully make a false, fraudulent and fictitious statement and representation as to a material fact, in that the defendant stated to an Immigration and Naturalization Service Inspector that he was a United States citizen named "Vivian Blake," when in truth and in fact, and as the defendant then and there well knew, he was not a United States citizen named "Vivian Blake," in violation of Title 18, United States Code, Section 1001.

## COUNT III

On or about March 5, 2000, at Broward County, in the Southern District of Florida, the defendant,

**KEVIN MILLER**
**a/k/a "Vivian Blake,"**

an alien, did knowingly and willfully, falsely represent himself to be a citizen of the United States, in that he presented a State of Connecticut drivers' license issued in the name of "Vivian Blake" and the birth certificate of a "Vivian Blake," born in the State of Alabama to an Immigration and Naturalization Service Inspector, claiming these to be his own in an attempt to

obtain entry into the United States; in violation of Title 18, United States Code, Section 911.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name: KEVIN MILLER**   **Case No.** 00-6076-CR-DIMITROULEAS(s)

Count #: 1
Illegal Re-entry into the United States

8 U.S.C. §1326(b)

**\*Max. Penalty: 20 years' imprisonment; $250,000 fine.**

=================================================================

Count #: 2
False Statement

18 USC §1001

**\*Max. Penalty: 5 years' imprisonment; $250,000 fine**

=================================================================

Count #: 3
False Representation of US Citizenship

18 USC §911

**\*Max. Penalty: 3 years' imprisonment; $250,000 fine.**

=================================================================

Count #:


**\*Max. Penalty:**

=================================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. <u>00-6076-CR-DIMITROULEAS(s)</u>

v.

<u>KEVIN MILLER</u>

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information**:

New Defendant(s)    Yes ___    No x___
Number of New Defendants    0
Total number of counts       3

**Court Division**: (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)          (Check only one)

   I    0 to 5 days       _X_     Petty         ___
   II   6 to 10 days      ___     Minor         ___
   III  11 to 20 days     ___     Misdem.       ___
   IV   21 to 60 days     ___     Felony        _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Dimitrouleas_          Case No.    _00-6076_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No

/s/ Donald F. Chase II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500077

\*Penalty Sheet(s) attached

REV.4/7/99

*No.*

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

KEVIN MILLER

## INDICTMENT

8 USC §1326(b)
18 USC §1001
18 USC §911
18 USC §§1028(a)(1) and 1028 (b)(1)(A)(ii)

*A true bill.*

........................................

*Filed in open court this* ........ *day,*

*of* ............... *A.D. 19* ......

........................................
*Foreperson*

........................................
*Clerk*

*Bail, $* ...............