UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6076 CR-DIMITROULEAS(s)

UNITED STATES OF AMERICA

vs.

KEVIN MILLER
a/k/a "Vivian Blake".

        Defendant

_____/

## MOTION TO CONTINUE CALENDAR CALL AND TRIAL

COMES NOW the defendant KEVIN MILLER by and through undersigned counsel and respectfully requests that this Honorable Court continue this matter presently set for calendar call on Friday May 19, 2000 at 9:00 A.M. and trial thereafter during the two week trial calendar beginning May 22, 2000. As grounds therefor undersigned counsel would state as follows:

1. Undersigned counsel was appointed to represent this defendant on May 11, 2000. Undesigned counsel has not yet had the opportunity to receive the complete discovery package in this matter nor has undersigned counsel had the opportunity to meet his client to date.

2. On or about May 18, 2000 a federal grand jury returned a superceding indictment charging this defendant with two additional counts. Title 18 United States Code section 3161(c)(2) requires that a defendant not be tried less then thirty days from the date that the defendant first appears through counsel unless the defendant otherwise consents in writing.

3. In view of the recent return date of the superceding indictment and counsel's recent appointment pursuant to the provisions of the criminal justice act undersigned counsel respectfully requests that this court continue this matter so that counsel may properly defend this



matter.

    4. Undersigned counsel has spoken to Assistant United States Attorney Donald F. Chase who has no objection to this motion.

    5. Wherefore undersigned counsel respectfully requests that this instant motion be granted.

Respectfully submitted,

*Michael B. Cohen*
Michael B. Cohen, Esq.
Trade Centre South
100 West Cypress Creek Road, Ste 930
Fort Lauderdale, Florida 33309

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and accurate copy of the foregoing Motion for Continuance of Trial was mailed/ hand delivered this __17th__ day of May, 2000 to Donald F. Chase, Assistant United States Attorney, U.S. Attorney's Office, Southern District of Florida , 500 E. Broward Boulevard, Ste 700, Ft. Lauderdale, Florida 33394.

*Michael B. Cohen*
Michael B. Cohen