UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6076-CR-DIMITROULEAS

Plaintiff,

vs.

KEVIN MILLER,

Defendant.

_____/

## ORDER GRANTING CONTINUANCE

THIS MATTER having come before the Court on May 17, 2000 on Defendant's Motion To Continue, Calendar Call and Trial, after due consideration it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing June 19, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on June 16, 2000 at 9:00 A.M. o'clock; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald Chase, AUSA

Michael B. Cohen, Esquire
100 West Cypress Creek Road
#930
Ft. Lauderdale, FL 33309