DEFT: Kevin Miller (J)#      CASE NO: 00-6076-CR-Dimitrouleas

AUSA: Don Chase / Nicholson      ATTNY: Michael Cohen present

AGENT:      VIOL:

PROCEEDING: Arraignment on SS Indictment      BOND REC:

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

___ BOND SET @ ___

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by _____ D.C.
MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 6-1-00  11:00

DATE: 5-18-00    TIME: 11:00am    TAPE # 00-B43 PG #
1912-1939
Recalled
2370-2400