

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6076-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Kevin Miller                    ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on    5-18-00    , where the Defendant was arraigned and
plea of NOT GUILTY was entered.    Defendant and court-appointed/re͞ta͞i͞n
counsel of record will be noticed for trial by the District Court Jud
assigned to this case. The following information is current as of this dat

|  |  |
|---|---|
| DEFENDANT: | Address: In Custody |
|  | Telephone: |
| DEFENSE COUNSEL: | Name: Michael Cohen |
|  | Address: |
|  | Telephone: |
| BOND SET/CONTINUED: | $ Con'td in custody |

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __18__ day of __May__, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR, CLERK

By: _____
    Deputy Clerk

Tape No. __00-043__

cc: Clerk for Judge
    U. S. Attorney