HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __KEVIN MILLER_____ CASE NO: __00-6076-CR-DIMITROULEAS__

AUSA __DON CHASE__ /pres     ATTY __MICHAEL COHEN__ /pres

Disc rec'd - possible plea          @ 6|

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __6-1-00_____ TIME __11:00_____

FILED by __ D.C.
JUN - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.