UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6076-CR-DIMITROULEAS

UNITED STATES OF AMERICA,      :

    Plaintiff,           :

v.                             :

KEVIN MILLER,                  :

    Defendant.           :



**STATUS REPORT**

A status conference was held in this cause on June 1, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was provided at the status conference. Counsel for the defendant shall have until June 15, 2000, within which to file pretrial motions.

    2. This case likely will be resolved by way of plea. The parties have agreed to seek a pre-plea Presentence Investigation Report (PSI) so that the Sentencing Guidelines can be computed prior to the entry of the defendant's guilty plea.

DATED at Fort Lauderdale, Florida, this __1st__ day of June, 2000.

                                    *Lurana S. Snow*
                                LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Don Chase (FTL)
Michael Cohen, Esq.