UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6076 CR-DIMITROULEAS(s)

UNITED STATES OF AMERICA

vs.

KEVIN MILLER
a/k/a "Vivian Blake",

Defendant



## AGREED MOTION FOR PRE PLEA PRE SENTENCE INVESTIGATION REPORT

COMES NOW the defendant KEVIN MILLER by and through undesigned counsel and respectfully requests that this honorable court order the United States Probation Office to prepare a pre-sentence investigation report prior to the defendant's anticipated plea in this matter and as grounds therefor would state as follows:

1. This is a case in which the defendant is charged with reentry after deportation among other charges in a superceding indictment returned approximately two weeks ago.

2. Because the defendant has been convicted of at least one prior felony in the country of Canada one of the major issues which will be resolved at the sentencing phase of this case will concern certain pertinent provisions of the United States Sentencing Guidelines as same relate to the defendant's sentence. This defendant would normally be facing a sentencing range of 0-6 months for his crime but may face as much as 3 or more years of incarceration due to the fact that a plea in this case will be governed by the aggravated felony provisions of 8 United State Code as well as the U.S. Sentencing Guidelines. due to defendant's Canadian conviction. Counsel cannot properly advise the defendant of his possible sentencing range without the assistance of this pre



plea P.S.I.R. and the defendant has assured counsel that will enter into a plea agreement after he has seen such pre plea P.S.I.R.

3. Both undersigned counsel and counsel for the government at the suggestion of Magistrate Judge Snow have advised the U.S. Probation Office to expect to prepare such a report if this Honorable Court grants this agreed to Motion for same.

Undersigned counsel and Assistant United State Attorney Donald F. Chase agree to the requested disposition of this Motion.

5. WHEREFORE undersigned counsel respectfully requests that this instant motion be granted.

Respectfully submitted.

*Michael B Cohen -*

Michael B. Cohen, Esq.
Florida Bar No: 210196
Trade Centre South
100 West Cypress Creek Road, Ste 930
Fort Lauderdale, Florida 33309
Tel: (954) 928-0059
Fax (954) 771-0434

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and accurate copy of the foregoing Motion for a Pre Plea P.S.I.R. was mailed this __1st__ day of June, 2000 to Donald F. Chase, Assistant United States Attorney, U.S. Attorney's Office, Southern District of Florida, 500 E. Broward Boulevard, Ste 700, Ft. Lauderdale, Florida 33394.

*Michael B. Cohen*

Michael B. Cohen