UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6076-CR-DIMITROULEAS
    Plaintiff,

vs.

KEVIN MILLER,
    Defendant.
_____/

## ORDER

THIS CAUSE, having been heard upon Defendant's June 5, 2000 Agreed Motion for Pre-Plea Pre-Sentence Investigation Report, and the Court, noting that the case is set for trial on June 19, 2000, and upon resolution of the trial[1] or a change of plea, then a pre-sentence investigation could be ordered and understanding that counsel has represented that the Defendant would plead guilty after he had seen a Pre-Sentence Investigation (PSI),[2] and realizing that the Defendant could maintain his plea of not guilty and be acquitted which would cause the Pre-Plea Presentence Investigation to have been a waste of the Probation Officer's resources, the Agreed Motion For Pre-Plea Pre-Sentence Investigation Report is DENIED.

---

[1] If a guilty verdict occurs.

[2] The Court assumes that the Defendant would plead guilty only after seeing "good news" in the PSI. Otherwise, why wouldn't the Defendant just plead guilty and await a regular PSI?

1

DONE and ORDERED at Ft. Lauderdale, Broward County, Florida, this ____ day of June, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: **Michael B. Cohen, Esq.**
Trade Centre South
100 West Cypress Creek Road
Suite 930
Ft. Lauderdale, FL 33309
**Donald F. Chase, AUSA (Ft. Lauderdale)**