## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6076-CR-WPD    DATE: June 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Thomas Miller

U.S. ATTORNEY: Daniel Chaves    DEFT. COUNSEL: Michael Cohen

REASON FOR HEARING: Change of plea.

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Counts 2 & 3. Gov't to dismiss Count 1 at time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 8/25/00    TIME: 11:30    FOR: Sentencing

MISC: Written plea agreement filed.

