**CRIMINAL MINUTES**

FILED by _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6076-CR-WPD   DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Deidre   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Kevin Miller

U.S. ATTORNEY: Neal Chase   DEFT. COUNSEL: Michael Cohen

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; Time Served, 2 years Supervised Release, no Fine, $200 Assessment. Both Counts to Run Concurrent. Gvt's Motion to dismiss Count 1 is Granted.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft Informed of Right to Appeal.

